PROB 12B
(7/93)

# United States District Court

for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Oscar Edward Navas | Case Number: 0980 2:14CR00126-001 |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge | |
| Date of Original Sentence: November 13, 2014 | Type of Supervision: Supervised Release |
| Original Offense: | Date Supervision Commenced: January 15, 2016 |
| Original Sentence: Prison - 62 D; TSR - 36 M | Date Supervision Expires: January 14, 2018 |

### PETITIONING THE COURT

To **REMOVE** the conditions of supervision as follows:

20   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Oscar Navas recommenced his term of supervised release on January 16, 2016. As reflected above, a special condition of his supervised release was that he remain at a residential reentry center (RRC) for a period of up to 180 days. Mr. Navas commenced placement at the Spokane RRC on January 22, 2016.

Oscar Navas continues to suffer from various medical issues and has been admitted to the hospital on numerous occasions while at the Spokane RRC. He has recently secured placement at Oak Hill Homes, an assisted living facility, in Spokane, Washington. The facility is able to accept him at this location upon his release from the Spokane RRC. Oak Hill Homes will provide ongoing care for Mr. Navas, and is funded through the State of Washington.

Given the suitability of the proposed release address, the undersigned officer is respectfully requesting that the defendant's release from the Spokane RRC occur as soon possible.

Should Your Honor disagree, please advise the undersigned officer and I will proceed accordingly.

Prob 12B
**Re: Navas, Oscar Edward**
**May 3, 2016**
**Page 2**

|  | Respectfully submitted, |
|---|---|
| by | s/Richard Law |

Richard Law
U.S. Probation Officer
Date:  May 3, 2016

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X ]  The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

May 3, 2016

Date